**CT Corporation**
**Service of Process Notification**
09/23/2025
CT Log Number 550197110

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in Washington**

**FOR:** WALMART INC.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: HOGAN THERESSA, an individual // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Pierce County Superior Court, Washington, WA<br>Case # 252111208 |
| **NATURE OF ACTION:** | Personal Injury - 09/09/2022 at 19665 South Union Avenue, Tacoma, Pierce County, Washington |
| **PROCESS SERVED ON:** | CT Corporation System, Olympia, WA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 09/23/2025 at 13:51 |
| **JURISDICTION SERVED:** | Washington |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after the service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Spencer D. Freeman<br>FREEMAN LAW FIRM, INC.<br>1107 Tacoma Avenue South<br>Tacoma, WA 98402<br>253-383-4500 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/24/2025, Expected Purge Date: 09/29/2025<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>711 Capitol Way S<br>Suite 204<br>Olympia, WA 98501<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served |



**CT Corporation**
**Service of Process Notification**
09/23/2025
CT Log Number 550197110

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Sep 23, 2025
**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | WALMART INC |
| Case Number | 252111208 |
| Jurisdiction | WA |

| Inserts |
|---|
| | | |



IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| THERESSA HOGAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC, a Publicly Traded Corporation, d.b.a. Walmart Supercenter.<br><br>Defendant. | No. 25-2-11120-8<br><br>**SUMMONS** |

TO:    DEFENDANT WALMART INC

A lawsuit has been started against you in the above-entitled court by Plaintiff THERESSA HOGAN. Plaintiff claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and serve a copy upon the undersigned attorney for the Plaintiff within twenty (20) days after the service of this Summons if served within the State of Washington, or within sixty (60) days after the service of this Summons if served outside of the State of Washington, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiffs are entitled to what they ask for because you have not responded. If you serve a notice of appearance on the undersigned person you are entitled to notice before a default judgment may be entered.

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

SUMMONS - 1

You may demand that the Plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the person signing this Summons. Within fourteen (14) days after you serve the demand, the Plaintiff must file this lawsuit with the court, or the service on you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this ___25th___ day of August, 2025.

FREEMAN LAW FIRM, INC.


s Spencer D. Freeman_____
Spencer D. Freeman, WSBA No. 25069
FREEMAN LAW FIRM, INC.
sfreeman@freemanlawfirm.org
echaves@freemanlawfirm.org
*Attorney for Plaintiff*

SUMMONS - 2

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

THERESSA HOGAN, an individual,

Plaintiff,

vs.

WALMART INC, a Publicly Traded Corporation, d.b.a. Walmart Supercenter.

Defendant.

Cause No.:    25-2-11120-8

COMPLAINT FOR DAMAGES

COMES NOW Plaintiff THERESSA HOGAN, by and through her attorney of record, FREEMAN LAW FIRM, INC., brings this action against Defendant WALMART SUPERCENTER and alleges as follows:

**JURISDICTION AND VENUE**

1.    This Court has original jurisdiction in this matter pursuant to RCW 2.08.010

2.    Personal jurisdiction and venue are proper in Pierce County pursuant to RCW 4.12.020 and 4.12.025 because Defendant owns, operates and does business in Pierce County, WA, and all actions forming the basis of this action occurred in Pierce County.

**PARTIES**

3.    Plaintiff Theressa Hogan (hereinafter "Hogan" or Plaintiff) resides in Tacoma,

COMPLAINT FOR DAMAGES - 1

Pierce County, Washington.

4.      Defendant WALMART INC., is a publicly traded company traded on the New York Stock Exchange under the ticker symbol, "WMT," headquartered in Arkansas, does business under the name "WALMART" or "WALMART SUPERCENTER (hereafter "Walmart" or Defendant) across the country and in the state of Washington, employs approximately 2.1 million people worldwide, with estimated annual revenues in 2025 of $680.99 billion, and a Market Capitalization of $794.97 billion, according to its 2025 Annual Report.

## FACTS

5.      Upon information and belief, Defendant owns and operates one of the largest retail companies in the world, millions of dollars to marketing its stores, encouraging business invitees to enter its stores and purchase wares for sale to the public at its various store locations.

6.      On or about September 9, 2022, at approximately 6:45 a.m., Hogan was at a Walmart Supercenter located at 19665 South Union Avenue, Tacoma, Pierce County, Washington.

7.      Hogan was walking through the produce section of the Walmart after picking up some cupcakes from the baked goods section to purchase.

8.      Just a few feet outside the section towards the checkout stand she slipped on standing liquid on the floor.

9.      Walmart had failed to properly maintain the floor and keep it clean.

10.      Hogan's clothes were wet from the fall.

11.      A Walmart employee used a squeegee to clean the floor after her fall.

12.      Plaintiff did not see the water prior to slipping on it.

13.      There was no visible signage to indicate the presence of water.

14.      The standing liquid on the floor presented an unreasonably dangerous condition.

15.      The employees of Walmart knew or should have reasonably known about the

COMPLAINT FOR DAMAGES - 2

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

standing liquid on the floor.

16.     The employees of Walmart knew or should have reasonably known that the standing liquid was an unreasonably dangerous condition.

17.     The nature of Walmart's business and methods of operations are such that the existence of unsafe conditions on the premises was reasonably foreseeable.

18.     Walmart's actions and omissions caused injury to Hogan, ultimately requiring medical attention, economic damages, pain, discomfort, and limitation of movement.

19.     Hogan's injuries were significant, requiring large costs in medical bills, and have caused permanent impairment, resulting in their inability to enjoy life activities as they did before.

20.     Hogan's injuries also resulted in a significant loss of earnings.

## COUNT I - Negligence

21.     Plaintiff re-alleges and incorporates by reference each and every allegation set forth in Paragraphs 1 through 20 above.

22.     Defendant has a duty of reasonable care to its invitees.

23.     Defendant's duty of reasonable care includes the duty to maintain its premises free from unreasonably dangerous conditions.

24.     Plaintiff was an invitee of Defendant at the time of this incident.

25.     Defendant breached its duty to maintain its premises free from unreasonably dangerous conditions.

26.     Defendant negligently maintained an area suitable for invitees, creating a dangerous condition on its property, which could foreseeably cause harm to its invitees, like Plaintiff.  Defendant either knew or should have known by the exercise of reasonable care that the configuration of the cosmetic isle during traffic of invitees and employees posed an unreasonable risk of harm.

COMPLAINT FOR DAMAGES - 3

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

27.    Defendants' negligence is the cause in fact and proximate cause of Plaintiff's damages and injuries.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment as follows:

1.    That the Court award Plaintiff judgment against Defendant for general damages in an amount to be proven at the time of trial;

2.    That the Court award Plaintiff judgment against Defendant for medical related expenses in an amount to be proven at the time of trial;

3.    That the Court award Plaintiff judgment against Defendant for economic damages in an amount to be determined at the time of trial;

4.    That the Court award Plaintiff her costs, disbursements, and reasonable attorneys' fees incurred pursuing this action; and,

5.    That the Court award Plaintiff such other or additional relief as is just and proper.

Dated this 25th day of August 2025.

FREEMAN LAW FIRM, INC.


*/s Spencer D. Freeman*
Spencer D. Freeman, WSBA No. 25069
FREEMAN LAW FIRM, INC.
sfreeman@freemanlawfirm.org
echaves@freemanlawfirm.org
*Attorney for Plaintiff*

COMPLAINT FOR DAMAGES - 4